**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

GENOVEVA SAINZ,
Plaintiff,
v.
DONALD TRUMP, et al.,
Defendant.

Case No.: 26-cv-03697-DMS-MSB

**ORDER DISMISSING COMPLAINT SUA SPONTE WITHOUT LEAVE TO AMEND; DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT; and DENYING REQUEST FOR WAIVER OF PACER FEES AS MOOT**

**[ECF Nos. 1–3]**

Plaintiff Genoveva Sainz, proceeding pro se, filed a Complaint against various federal government individuals and agencies including Defendants President Donald Trump, Kash Patel, the Federal Bureau of Investigation, and the Department of Homeland Security. (Compl., ECF No 1.) Plaintiff also applied to proceed in forma pauperis ("IFP"), (ECF No. 2), and requested a waiver from Public Access to Court Electronic Records ("PACER") fees, (ECF No. 3).

Because Plaintiff seeks to proceed IFP, her Complaint is subject to screening by the Court. *Emrit v. Dogg*, No. 26-CV-00007, 2026 WL 67186, at *1 (E.D. Wash. Jan. 8, 2026). The Court must sua sponte dismiss an IFP complaint that is frivolous or malicious, fails to

state a claim, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2); *see also Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001) (per curiam) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are not limited to prisoners.").

An IFP complaint is frivolous if it contains "no arguable substance in law or fact." *Tripati v. First Nat'l Bank & Tr.*, 821 F.2d 1368, 1370 (9th Cir. 1987) (citations omitted). "[A] court may dismiss a claim as factually frivolous only if the facts alleged are 'clearly baseless,' a category encompassing allegations that are 'fanciful,' 'fantastic,' and 'delusional.'" *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992). "As those words suggest, a finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." *Id.* at 33. In such an instance, the Court may "pierce the veil of the complaint's factual allegations," meaning it "is not bound, as it usually is when making a determination based solely on the pleadings, to accept without question the truth of the plaintiff's allegations." *Beast v. Carpenter*, No. 26-CV-04546, 2026 WL 1647411, at *2 (C.D. Cal. May 8, 2026) (quoting *Denton*, 504 U.S. at 32). "Moreover, when a district court concludes an in forma pauperis action is frivolous, the court may dismiss the litigant's complaint without an opportunity to amend." *Brimm v. Genao-Gomez*, No. CV 14-197, 2014 WL 5471969, at *4 (D. Mont. Oct. 28, 2014) (citing *Franklin v. Murphy*, 745 F.2d 1221, 1226–1227 (9th Cir. 1984)); *see also Beast*, 2026 WL 1647411, at *2.

Here, Plaintiff's Complaint consists of 18 pages of single-spaced allegations against a number of federal government individuals and agencies, covering a wide range of topics, including purported spying and torture, human sex trafficking of children, cyber-attacks, and "Lazers and Sound Weapons" that cause "severe head and brain trauma and death." (Compl. 3, 4, 8–11.) Plaintiff also alleges instances of money laundering, drug and firearm sales, and various other misconduct at and against All-Season RV Park, although it is not listed as a defendant. (*Id.* at 11–12.) The Court fails to see these allegations as realistic or factual. Having reviewed Plaintiff's pleading liberally, the Court finds the allegations to

be fanciful and wholly incredible and, thus, the Complaint is frivolous. *Emrit*, 2026 WL 67186, at *1 (citations omitted).

Because the Complaint is frivolous, the Court **DISMISSES** Plaintiff's Complaint **without leave to amend**. Further, Plaintiff's IFP application and request to waive PACER fees are **DENIED as moot**. *Trujillo v. Kiefer*, No. 19-CV-02440, 2020 WL 4596764, at *3 (S.D. Cal. Aug. 11, 2020). The Clerk of the Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: July 27, 2026

Hon. Dana M. Sabraw
United States District Judge